**1:21-CR-738 FILED 12/8/2021 JF**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Violations: Title 18, United States |
| ADAM JACKSON ) | Code, Section 1344 |
| ) | |

**COUNT ONE**

JUDGE ELLIS
MAGISTRATE JUDGE WEISMAN

The SPECIAL APRIL 2021 GRAND JURY charges:

1. At times material to this Indictment:

    a. Ally Financial, Santander Bank, and U.S. Bank, were financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation.

    b. Ally Financial, Santander Bank, and U.S. Bank, issued loans to finance the purchase of automobiles.

    c. Financial institutions, including those referenced above, required truthful information from applicants seeking to purchase an automobile, including truthful information about the applicant's identity, employment, income, and financial condition, which information was material to the financial institutions' decisions regarding whether to approve the loans and the terms of the loans.

1

2. Beginning no later than in or around August 2013, and continuing until in or around December 2015, in the Northern District of Illinois, and elsewhere,

ADAM JACKSON,

defendant herein, knowingly participated in a scheme to defraud financial institutions and to obtain money and funds owned by and under the custody and control of financial institutions by means of materially false and fraudulent pretenses, representations, and promises, as further described below.

3. It was part of the scheme that defendant JACKSON used a combination of real and fake personal identifying information ("PII"), including addresses, his own name, and social security numbers that did not belong to him, to falsely represent some aspects of his PII and used that information to apply for and obtain loans for the purchase of automobiles.

4. It was further part of the scheme that defendant JACKSON obtained PII of another individual—namely, a social security number—knowing that he would use the PII to obtain auto loans.

5. It was further part of the scheme that defendant JACKSON provided false information regarding his employment and income to lenders when applying for and obtaining loans for the purchase of automobiles.

6. It was further part of the scheme that defendant JACKSON obtained fake employment records, including pay stubs and Internal Revenue Service Form W-2s, knowing that he would use the fake records to obtain auto loans.

7. It was further part of the scheme that defendant went to car dealerships and used PII other than his own, including social security numbers, along with the fake employment records, his real name, and other information to apply for and obtain loans to finance the purchase of automobiles, including a 2015 Jeep Wrangler, 2014 Chrysler 300, and a 2011 Audi A3.

8. It was further part of the scheme that defendant JACKSON took possession of the automobiles but failed to make monthly payments on the car loans, defaulting on the loans and causing the financial institutions to suffer losses.

9. It was further part of the scheme that defendant JACKSON did misrepresent, conceal, and hide, and caused to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and the purpose of those acts.

10. On or about August 26, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADAM JACKSON,

defendant herein, knowingly executed and attempted to execute the scheme to defraud by causing Santander Bank, a financial institution, to fund an automobile loan in the amount of approximately $36,007.82 for the purchase of a 2015 Jeep Wrangler;

In violation of Title 18, United States Code, Section 1344.

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY further charges:

1. The allegations of paragraphs 1 through 9 of Count One are incorporated here.

2. On or about September 6, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADAM JACKSON,

defendant herein, knowingly executed and attempted to execute the scheme to defraud by causing Ally Financial, a financial institution, to fund an automobile loan in the amount of approximately $29,999.45 for the purchase of a 2014 Chrysler 300;

In violation of Title 18, United States Code, Section 1344.

## COUNT THREE

The SPECIAL APRIL 2021 GRAND JURY further charges:

1. The allegations of paragraphs 1 through 9 of Count One are incorporated here.

2. On or about November 23, 2015, in the Northern District of Illinois, Eastern Division, and elsewhere,

ADAM JACKSON,

defendant herein, knowingly executed and attempted to execute the scheme to defraud by causing U.S. Bank, a financial institution, to fund an automobile loan in the amount of approximately $18,676.46 for the purchase of a 2011 Audi A3;

In violation of Title 18, United States Code, Section 1344.

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1344, as set forth in this indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained directly and indirectly as a result of the offenses, as provided in Title 18, United States Code, Section 982(a)(2)(A).

2. The property to be forfeited includes, but is not limited to, a personal money judgment in the amount of approximately $278,506.61.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY